THE STATE, EX REL. THE FAIRFIELD LEADER, *v.* RICKETTS, MAYOR, ET AL.

[Cite as State, ex rel. The Fairfield Leader, *v.* Ricketts (1989),
46 Ohio St. 3d 601.]

(No. 89-550—Submitted August 15, 1989—Decided October 4, 1989.)

*Baker & Hostetler, David L. Marburger* and *Jane S. Arata,* for relator.

*Don S. McAuliffe,* law director, for respondents Ricketts, Mayor, Village of Pickerington, et al.

*David L. Landefeld,* prosecuting attorney, and *Roy E. Hart,* for respondents Marinacci, Chairman, Board of Commissioners of Fairfield County, et al.

*Paul D. Morehart,* for respondents Diley, Chairman, Board of Trustees of Violet Township, et al.

This cause is before us on relator's motion *in limine* for an order allowing it to depose Don S. McAuliffe regarding his alleged efforts to reserve the name "The Fairfield Leader" with the Secretary of State. The motion is granted. Also before us is a joint motion for a protective order filed by David L. Landefeld and Paul D. Morehart. Landefeld's motion is granted. Morehart's motion is denied insofar as it relates to his knowledge of the allegations about McAuliffe. It is granted in all other respects.

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., concur in part and dissent in part.

DOUGLAS, J., concurring in part and dissenting in part. I concur that relator should be allowed to depose Don S. McAuliffe.

Concerning the real issue before us, the seeking of a protective order by David L. Landefeld and Paul D. Morehart, I would deny the joint motion for a protective order as to both movants. There is something amiss in this case and the tool we use in our profession to ferret out such problems is called discovery. I would allow relator's discovery attempts to proceed in all respects.

SWEENEY, J., concurs in the foregoing opinion.